UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH POSNER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 20-2961 (CJN) |

## ANSWER

Defendant United States Department of Health and Human Services ("Defendant" or "HHS"), by and through undersigned counsel, submits this Answer to the Complaint for Declaratory and Injunctive Relief ("Complaint") (ECF No. 1) filed by plaintiff Sarah Posner ("Plaintiff"). All allegations not specifically admitted are denied.

1. Paragraph 1 contains Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 1.

2. Paragraph 2 contains Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 2.

3. Paragraph 3 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 3 to the extent they are inconsistent with the requirements of the Freedom of Information Act ("FOIA").

## PARTIES[1]

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and therefore denies them on that basis.

5. Defendant admits that it is an agency of the federal government within the meaning of 5 U.SC. § 551, 5 U.S.C. § 552(f)(1), and 5 U.S.C. § 702 and that its headquarters are located at 200 Independence Avenue, S.W., Washington, D.C. 20201. The remaining allegations in Paragraph 5 consist of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the remaining allegations in Paragraph 5.

## JURISDICTION AND VENUE

6. Paragraph 6 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant admits that this Court has subject matter jurisdiction over FOIA actions and personal jurisdiction over Defendant subject to the FOIA's terms and limitations.

7. Paragraph 7 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant admits that venue is proper in this judicial district.

## FACTUAL ALLEGATIONS

### Background

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies them on that basis.

---

[1] For ease of reference, this Answer replicates the headings contained in Plaintiff's Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies them on that basis.

**Plaintiff's FOIA Requests**

10. Defendant admits the allegations in Paragraph 10.

11. Paragraph 11 consists of Plaintiff's characterization of her FOIA requests, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to Plaintiff's FOIA requests for full and accurate statements of their contents and denies any allegations inconsistent therewith.

12. Paragraph 12 consists of Plaintiff's characterization of her FOIA requests, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to Plaintiff's FOIA requests for full and accurate statements of their contents and denies any allegations inconsistent therewith.

**Defendant's Treatment of Plaintiff's FOIA Requests**

13. Defendant admits that it has not issued final determinations on Plaintiff's FOIA requests. The balance of the allegations in Paragraph 13 consist of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the remaining allegations in Paragraph 13.

14. Because Defendant has no record of receiving Plaintiff's April 6, 2020 appeal via email or U.S. mail, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and therefore denies them on that basis.

15. Defendant admits that Plaintiff submitted eight administrative appeals via the HHS FOIA PAL online portal. The balance of the allegations consist of Plaintiff's characterization of her appeals, to which no response is required. To the extent a response is required, Defendant

respectfully refers the Court to those appeals for full and accurate statements of their contents and denies any allegations inconsistent therewith.

16. Paragraph 16 consists of Plaintiff's characterization of Defendant's confirmation letters, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to those letters for full and accurate statements of their contents and denies any allegations inconsistent therewith.

17. Defendant admits that it sent six letters to Plaintiff between May 1, 2020 and July 10, 2020.

18. Paragraph 18 consists of Plaintiff's characterization of Defendant's letters, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to those letters for full and accurate statements of their contents and denies any allegations inconsistent therewith.

19. Defendant admits that it has not issued responses to Plaintiff's administrative appeals.

### Current Status of the Requests

20. Defendant admits the allegations in Paragraph 20.

21. Defendant admits the allegations in Paragraph 21.

22. Defendant admits the allegations in Paragraph 22.

23. Defendant admits the allegations in Paragraph 23.

## **CAUSES OF ACTION**

### **Count I**

### **Violation of FOIA for Failure to Comply with Statutory Deadlines**

24. Defendant incorporates by reference its responses set forth above.

25. Defendant admits the allegations in Paragraph 25.

26. Paragraph 26 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 26.

27. Paragraph 27 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 27.

28. Paragraph 28 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 28.

29. Paragraph 29 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 29.

### **Count II**

### **Violation of FOIA for Wrongful Withholding of Agency Records**

30. Defendant incorporates by reference its responses set forth above.

31. Defendant admits the allegations in Paragraph 31.

32. Paragraph 32 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 32.

33. Paragraph 33 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 33.

34. Defendant admits the allegations in Paragraph 34.

35. Defendant admits the allegations in Paragraph 35.

36. Paragraph 36 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 36.

37. Paragraph 37 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 37.

38. Paragraph 38 consists of conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 38.

## REQUEST FOR RELIEF

The remaining paragraphs of the Complaint under the section titled "Request for Relief" consist of Plaintiff's request for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA.

### Second Defense

Plaintiff is not entitled to records exempt from disclosure under FOIA. *See* 5 U.S.C. § 552(b).

Dated: November 27, 2020
Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ *Michael A. Tilghman II*
MICHAEL A. TILGHMAN II
D.C. Bar #988441
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*