UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH POSNER,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>   Defendant. | Civil Action No. 20-2961 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's December 7, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

This matter arises from the eight Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests—identified as request numbers 498, 543, 545, 553, 906, 936, 937, and 938—Plaintiff Sarah Posner ("Plaintiff") submitted to Defendant United States Department of Health and Human Services ("HHS") between January 28, 2019 and June 7, 2019. Plaintiff filed her Complaint in the above-captioned matter on October 15, 2020. ECF No. 1. HHS filed its answer on November 27, 2020. ECF No. 7.

On December 15, 2020, HHS provided Plaintiff its release in response to request numbers 543 and 553. In the accompanying cover letter, HHS informed Plaintiff that it located and processed 355 pages potentially responsive to request number 543 and 49 pages potentially responsive to request number 543. Of those records, HHS released 278 pages in their entirety and 96 pages in part, with portions redacted pursuant to FOIA Exemptions 5 and 6 (5 U.S.C. §§ (b)(5) & (b)(6)). HHS also informed Plaintiff that it was withholding 30 pages in full pursuant to FOIA Exemption 5.

Pursuant to the Court's December 7, 2020 Minute Order, the parties conferred on January 5, 2021. HHS informed Plaintiff that it is processing approximately 1100 pages located during its search that are potentially responsive to request number 906 and intends to process 500 pages by January 19, an additional 500 pages by February 17, and the remaining pages in March 2021. HHS informed Plaintiff that it located approximately 200,000 pages potentially responsive to request number 936. HHS also informed Plaintiff that it is unable to provide a total number of documents responsive to Plaintiff's FOIA requests or an anticipated date for the release of all nonexempt responsive documents, in part, because the records potentially responsive to request number 938 have not been loaded into HHS's document review system. Nevertheless, the parties have begun discussions regarding prioritization for review and intend to discuss whether the universe of potentially responsive documents remaining for review can be narrowed.

In light of the foregoing, a motion for an Open America Stay is unlikely in this case and the parties do not believe that a briefing schedule is warranted at this time. The parties respectfully request that the parties be allowed to propose a briefing schedule after the agency's productions are complete.

The parties respectfully propose that they file another joint status report by February 22, 2021, updating the Court on the status of this action.

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer A. Nelson | MICHAEL R. SHERWIN |
| Jennifer A. Nelson (DC Bar No. 1011387) | Acting United States Attorney |
| University of Virginia School of Law | |
| First Amendment Clinic | BRIAN P. HUDAK |
| 580 Massie Road | Acting Chief, Civil Division |
| Charlottesville, VA 22903 | |
| Phone: 202.795.9312 | By:   /s/ Michael A. Tilghman II |
| E-mail: jn5g@lawschool.virginia.edu |         MICHAEL A. TILGHMAN II |

- 3 -

*Attorney for Plaintiff*

D.C. Bar #988441
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*

Dated: January 6, 2021